UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS OPTICAL NETWORKS, INC., <br> Plaintiff, <br> v. <br> SEAGATE TECHNOLOGY LLC, <br> Defendant. | Case No. 24-cv-03745-EKL <br><br> **JUDGMENT** <br> Re: Dkt. No. 156 |

On November 21, 2025, the Court granted Seagate Technology LLC's motion for summary judgment and dismissed Plaintiff's complaint with prejudice. ECF No. 156. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendant Seagate Technology LLC and against Plaintiff Access Optical Networks, Inc. as to Plaintiff's claims. Plaintiff shall take nothing by the complaint herein.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 21, 2025

EUMI K. LEE
United States District Judge